Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Houston Division

United States Courts
Southern District of Texas
FILED

JUL 06 2021

Nathan Ochsner, Clerk of Court

Case No. _____
(to be filled in by the Clerk's Office)

Clifford Boyce
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Harris County Jail, Kim Ogg,
Judge Christopher Dean Morton,
Harris County Judicial Courthouse
_____
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Clifford Alexis Barrier Boyce Jr.
All other names by which you have been known:
ID Number: 03012051
Current Institution: Harris County Jail
Address: 1200 Baker Street
Houston, TX 77002

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Harris County Judicial Court House
Job or Title (if known):
Shield Number:
Employer:
Address: 1201 Franklin St.
Houston, TX 77002
☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Kim Ogg - District Attorney
Job or Title (if known): Head Prosecutor, Harris Count[y]
Shield Number:
Employer:
Address: 1201 Franklin Street
Houston, TX 77002
☐ Individual capacity   ☐ Official capacity

Defendant No. 3
Name: ~~[scribbled]~~ Harris County Jail
Job or Title (if known):
Shield Number:
Employer:
Address: 1200 Baker Street, Houston, TX 77002
☐ Individual capacity  ☐ Official capacity

Defendant No. 4
Name: Judge Christopher Dean Morton
Job or Title (if known): Judge for court 230 in Harris County
Shield Number:
Employer:
Address: 1201 Franklin St., Houston, TX 77002
☐ Individual capacity  ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Sufficient attorney representation, and not being allowed to appear in court in a reasonable and ~~[scribbled]~~ substantial time.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Failure to privide sufficient representation and not allowing me the inmate to appear in court within a reasonable time.*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)* **inmate**

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Harris County Jail and District Court 230*

C. What date and approximate time did the events giving rise to your claim(s) occur?

From April 12, 2021 through my etire carceration in Harris County Jail and so on and so on.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have no seen or heard from the attorney I was appointed by Court 230, insufficient representation, the court not letting me appear. The prosecutor not making me at least one offer.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want sufficient attorney representation and I want to appear in court on a regular basis and be made offers that fit the crime I committed by the prosecutor the district attorney. And I would like to to treated fairly and compisated for what I feel is

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Harris County Jail*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

*I am not allowed to file a grievance for the reason's I expressed*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

I am not allowed to files a grievance for the reasons I expressed

2. What did you claim in your grievance?

I am not allowed to file a grivance for the reasons I expressed

3. What was the result, if any?

I am not allowed to file a grievance for the reasons I expressed

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I am not allowed to file a grievance for the reasons I expressed

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

Under the Harris County Jail grievance procedure I can't file a grievance for the reasons of this suit

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I wrote my court appointed attorney numerous times and wrote my judge also

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition.    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  Clifford Alexis Barriere Boyce Jr.
   Defendant(s) Harris County Jail

2. Court *(if federal court, name the district; if state court, name the county and State)*

   District Court

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   Judge Sim Lake

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   dismissed with predjudice

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 22, 2021

Signature of Plaintiff: Clifford Boyce
Printed Name of Plaintiff: Clifford Boyce
Prison Identification #: 03012051
Prison Address: 1201 Baker Street, Houston, TX 77002

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A

Telephone Number: N/A
E-mail Address: N/A

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Cliford Bouie
SPN: 02521205 cell: 5D1B
Street: 1200 Baker Street
HOUSTON, TEXAS 77002

aramark

**INDIGENT**

Nathan Ochsner, Clerk of Court
United States Courts
Southern District of Texas
FILED
JUL 06 2021

United States Courthouse
515 Rusk Avenue
Houston, TX 77002

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 001.40°
02 4W
0000368784 JUL. 01. 2021.